**MEMO ENDORSED**

> The motion is dismissed without prejudice for failure to abide by Judge Ramos' individual rules.
>
> It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: May 10, 2022
> New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
STEPHEN GANNON, individually and on
behalf of all others similarly situated,

                Plaintiff,                **NOTICE OF MOTION**

      -against-                CIVIL ACTION NO:
                                1:22-cv-01134 (ER)
31 ESSEX STREET, LLC., PARTY BUS        Action No. 1
BAKESHOP, LLC, et al.,

                Defendants.
-----------------------------------------------------------------X
STEPHEN GANNON, individually and on
behalf of all others similarly situated,

                Plaintiff,

      -against-                CIVIL ACTION NO:
                                1:22-cv-1675 (GHW-JLC)
YAN PING ASSOCIATION, INC., AWESOME    Action No. 2
AWESOME, INC., et al.,

                Defendants.
-----------------------------------------------------------------X
STEPHEN GANNON, individually and on
behalf of all others similarly situated,

                Plaintiff,
      -against-                CIVIL ACTION NO:
                                1:22-cv-1681 (RA)
HUN SHING CORP., H OPTICS               Action No. 3
OPTOMETRY, P.C., et al.,

                Defendants.
-----------------------------------------------------------------X

     PLEASE TAKE NOTICE, upon the declaration of Morton S. Minsley, Esq., attorney for Defendants 31 ESSEX STREET, LLC. (Action No. 1) , YAN PING ASSOCIATION, INC., (Action No. 2) and HUN SHING CORP., (Action No. 3)

("Defendants"), sworn to on May 6, 2022, with the pleadings and exhibits attached, and the accompanying Memorandum of Law in Support of Motion, the undersigned will move before the Hon. Honorable Edgardo Ramos, U.S.D.J., at the United States District Court for the Southern District of New York, 40 Foley Square Street, Courtroom 619, New York, New York 10007, (1) pursuant to FRCP Rule 42 (a) (1), to consolidate for joint hearing the issue of whether the Plaintiff herein alleges sufficient facts herein, under the pleading standards of **_Bell Atlantic v. Twombly_**, 550 US 544 (2007), and **_Ashcroft v. Iqbal_** 566 US 662 (2009), to establish standing to state a private claim for relief under the Americans with Disabilities Act (42 USC § 12188. Et. seq) against the Defendants herein, and (2) to dismiss the complaint(s) herein pursuant to FRCP Rule 12 (b) (6), for failure to state a claim upon which relief can be granted, and (3) for such other and further relief as to this Court may seem just and proper.

Dated:    New York, New York
          6 May 2022

                                    Yours, etc.

                                    _[signature]_

                                    _____
                                    MORTON S. MINSLEY, ESQ.
                                    Attorney for Defendants 31 ESSEX STREET,
                                    LLC. (Action No. 1), YAN PING
                                    ASSOCIATION, INC., (Action No. 2), and
                                    HUN SHING CORP., (Action No. 3)
                                    101 Lafayette Street
                                    New York, New York 10013
                                    Phone: (212) 346-0849
                                    E-Mail: Minsleylaw@me.com

TO:    Adam Douglas Ford, Esq.
        Ford & Huff, LC
        228 Park Avenue
        New York, New York 10003
        Telephone: (212) 287-5913
        Email: adam.ford@fordhufflaw.com
        Attorneys for Plaintiff