UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN GANNON,

                              Plaintiff,

– against –

31 ESSEX STREET LLC et al,

                             Defendants.

**ORDER**

22 Civ. 1134 (ER)

Ramos, D.J.:

      Defendant has requested a pre-motion conference seeking leave to consolidate three cases and to dismiss the complaints in all three actions for failure to state a claim. The cases are: (1) *Gannon v. 31 Essex Street, LLC et al*, 22 Civ. 1134 (ER), (2) *Gannon v. Yan Ping Assoc. Inc. et al*, 22 Civ. 1675 (GHW-JLC), and (3) *Gannon v. Hun Shing Corp., et al*, 22 Civ. 1681 (RA).

      I have spoken with Judges Abrams and Woods and we agree that the cases should not be consolidated. Accordingly, the motion to consolidate is deemed made and is hereby denied.

      As to defendant's request seeking leave to dismiss the complaint in the instant case—22 Civ. 1134 (ER)—plaintiff is directed to submit a three-page letter response by Thursday, May 19, 2022, and the parties are directed to appear for a pre-motion conference on the proposed motion to dismiss on Wednesday, June 15, at 10:00AM.

It is SO ORDERED.

Dated:   May 16, 2022
           New York, New York

                                                                    Edgardo Ramos, U.S.D.J.